No. 983.   BLANC v. CAYO.   June 5, 1944.   Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied.   *Mr. Gordon F. Hook* for petitioner. *Mr. Wm. S. Hodges* for respondent.

No. 1008.   HOFHEIMER v. GOLD ET AL.; and

No. 1009.   HOFHEIMER v. McINTEE ET AL.   June 5, 1944.   Petition for writs of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied.   *Mr. Myron Frantz* for petitioner.   *Solicitor General Fahy* and *Mr. Roger S. Foster* for the Securities & Exchange Commission, respondent in No. 1008.   Messrs. *Claude A. Roth, I. E. Ferguson,* and *Lewis E. Pennish* for Ben Gold et al., respondents in Nos. 1008 and 1009.   Reported below: 140 F. 2d 363.

No. 986.   STERLING ALUMINUM PRODUCTS, INC. v. SHELL OIL CO.   June 5, 1944.   Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied.   *Mr. Morris J. Levin* for petitioner.   *Mr. John S. Marsalek* for respondent.

No. 1040.   LUKSICH v. MISETICH ET AL.   June 5, 1944.   Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied.   *Mr. Philbrick McCoy* for petitioner.   *Mr. Lasher B. Gallagher* for respondents.

No. 750.   SCHITA v. PESCOR, WARDEN.   June 5, 1944.   Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied.   *Valdo B. Schita, pro se.   Solicitor General Fahy, Assistant Attorney General Tom C. Clark, Mr. Robert S. Erdahl,* and *Miss Bea-*

*trice Rosenberg* for respondent.

No. 1022. DZAN *v.* RAGEN, WARDEN. June 5, 1944. Petition for writ of certiorari to the Supreme Court of Illinois denied.

No. 1023. GREEN *v.* MISSOURI. June 5, 1944. Petition for writ of certiorari to the Supreme Court of Missouri denied.

No. 1035. DIEHL *v.* NIERSTHEIMER, WARDEN. June 5, 1944. Petition for writ of certiorari to the Supreme Court of Illinois denied.

No. 1042. PEARSON *v.* HEINZE, WARDEN, ET AL. June 5, 1944. Petition for writ of certiorari to the Supreme Court of California denied.

No. 1049. LAZAR *v.* RAGEN, WARDEN. June 5, 1944. Petition for writ of certiorari to the Supreme Court of Illinois denied.

No. 1002. BRACEY *v.* UNITED STATES. June 5, 1944. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied. *Mr. James J. Laughlin* for petitioner.

No. 1053. BARLAND *v.* RAGEN, WARDEN;
No. 1054. BLANKENSHIP *v.* RAGEN, WARDEN;
No. 1055. WITT *v.* RAGEN, WARDEN;
No. 1056. McCAULEY *v.* RAGEN, WARDEN;
No. 1057. BRIDGES *v.* RAGEN, WARDEN;
No. 1058. RASMUSSEN *v.* RAGEN, WARDEN; and